IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NICCOLE A. WETHERELL,** | ) | **CASE NO. 8:09CV32** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **JOHN DAHM,** | ) | |
| | ) | |
| **Respondent.** | ) | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 (Filing No. 1), a Motion for Leave to Proceed In Forma Pauperis (IFP) (Filing No. 2), and a certified copy of her trust account information (Filing No. 3).

Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). The court has reviewed the Motion for Leave to Proceed IFP pursuant to 28 U.S.C. § 1915(a)(1)-(2).[1] Petitioner's trust account statement shows that she had an average monthly balance of $100 or more in her account for the six-month period immediately preceding the filing of the Petition. (Filing No. 3) For this reason, the court concludes that Petitioner must be required to pay the $5.00 filing fee because she has the financial ability to do so. See 28 U.S.C. § 1915(a).

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Leave to Proceed IFP (Filing No. 2) is denied;

2. Petitioner is granted until March 25, 2009, to pay the $5.00 filing fee. Petitioner is warned that if the fee is not paid as required, the court may dismiss this case without further notice; and

---

[1]The court recognizes that the provisions of 28 U.S.C. § 1915(b) do not apply to habeas cases. See *Malave v. Hedrick*, 271 F.3d 1139, 1139-40 (8th Cir. 2001).

3.  The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: March 25, 2009: deadline for Petitioner to pay $5.00 filing fee.

DATED this 24th day of February, 2009.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            United States District Judge